1  DAVID J. COHEN, ESQ.
   California Bar No. 145748
2  MATT A. SULLIVAN, ESQ.
   California Bar No. 248842
3  **BAY AREA CRIMINAL LAWYERS, PC**
   300 Montgomery Street, Suite 660
4  San Francisco, California 94104
   Telephone: (415) 398-3900
5  Facsimile: (415) 398-7500

6  Attorneys for Defendant **Cesar Noe Villa**

7                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
8                          FRESNO DIVISION

9
   UNITED STATES OF AMERICA, )      Case No. 1:11-CR-00051-OWW-2
10                           )
              Plaintiff,     )      **ORDER CONTINUING MR. VILLA'S**
11                           )      **HEARING ON DEFENSE MOTIONS**
   v.                        )      **CURRENTLY SCHEDULED FOR JULY**
12                           )      **11, 2011 TO SEPTEMBER 26,**
   CESAR VILLA,              )      **2011**
13                           )
              Defendant.     )
14  _____)

15
          **GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that the
16
   hearing currently scheduled on July 11, 2011, be continued to
17
   2:00 p.m. on September 26, 2011. Defense counsel shall brief the
18
   Court by no later than September 2, 2011. Provided the
19
   government wishes to respond, the government must respond by
20
   September 16, 2011.
21
          IT IS SO ORDERED.
22
   **Dated:    July 7, 2011**              _____/s/ Oliver W. Wanger_____
23                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28